## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

YE AUNG LWIN                                    CIVIL ACTION NO. 25-1692 SEC P

VERSUS                                          JUDGE EDWARDS

ELEAZAR GARCIA JR ET AL              MAG. JUDGE PEREZ-MONTES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 15), noting the absence of objections, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. Petitioner shall be released by 5:00 p.m. on May 15, 2026, with notice provided to counsel at least 24 hours in advance.

THUS ORDERED AND SIGNED in Chambers this 13th day of May, 2026.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**